IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:06CR3153 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| CHIEF ETHANOL FUELS, INC., ) | |
| ) | |
| Defendant. ) | |

On the joint oral motion of the parties,

IT IS ORDERED that:

1. An expedited hearing on the defendant's anticipated plea of guilty, with sentencing to follow, is scheduled before the undersigned United States district judge on the 25th day of October, 2006, at the hour of 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

October 4, 2006.                                   BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge